United States District Court
Southern District of Texas
**ENTERED**
July 30, 2020
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| AMANDA DAVIS, | § | CIVIL ACTION NO. |
| Plaintiff, | § | 4:19-cv-01255 |
| | § | |
| vs. | § | JUDGE CHARLES ESKRIDGE |
| | § | |
| ALIEF ISD, *et al.*, | § | |
| Defendants. | § | |

## ORDER

Before the Court is the Memorandum and Recommendation signed by the Magistrate Judge on June 2, 2020. Dkt 24. She there granted the motion to dismiss brought by Defendants Sharonda Newby, Tariq Hamid, Kellye Brown, and Serena Williams. Dkt 19. She further determined that the action should be dismissed as frivolous under 28 USC § 1915(e)(2)(b).

The Court received no objection. In such posture, the Court need only determine whether clear error appears on the face of the record in order to accept the Memorandum and Recommendation. See *Guillory v PPG Industries, Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1420 (5th Cir 1996); see also FRCP 72(b) Advisory Comm Note (1983).

The Court has reviewed the pleadings, the record, and the applicable law. No clear error appears.

The Memorandum and Recommendation is ADOPTED as the Memorandum and Order of this Court. Dkt 24.

This action is DISMISSED WITHOUT PREJUDICE.

So ordered.

Signed on July 30, 2020, at Houston, Texas.

_____
Hon. Charles Eskridge
United States District Judge